# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00653-CV

**Kathleen Kelly Potter, Appellant**

**v.**

**Kevin Potter, Appellee**

## FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
## NO. 06-11191, THE HONORABLE BENTON ESKEW, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant filed a notice of appeal on October 3, 2018. After some delay in making arrangements for the record, appellant's brief on appeal was originally due on September 19, 2019. On appellant's motion, the time for filing was extended to December 18, 2019. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than January 17, 2020. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on December 20, 2019.

Before Justices Goodwin, Baker, and Kelly